

ORDERED in the Southern District of Florida on March 18, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-32212-RAM |
| | : | |
| MARIA ISABEL GARCIA, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

### ORDER GRANTING THE TRUSTEE'S MOTION TO COMPEL THE DEBTOR TO ATTEND RULE 2004 EXAMINATION [D.E. 27]

THIS CAUSE came before the Court on March 17, 2016 at 10:00 A.M. on the Trustee's *Motion to Compel the Debtor to Attend Rule 2004 Examination* [D.E. 27] and the Court, having reviewed the Motion and the record herein, having considered argument from Counsel for the Trustee and Counsel for the Debtor, and for the reasons stated on the record, it is

**ORDERED** as follows:

1. The Trustee's *Motion to Compel the Debtor to Attend Rule 2004 Examination* [D.E. 27] is **GRANTED**.

2. The Debtor is ordered to appear at a 2004 Examination on or before May 2, 2016, unless extended by the Trustee.

3.     On or before <u>April 1, 2016</u> the Debtor shall contact the Trustee's counsel, Yanay Galban, Esq., at (305)263-3328 to schedule a mutually convenient date and time for the 2004 Examination.

4.     If the Debtor fails to contact the Trustee's counsel by April 1, 2016, then the Trustee's counsel is authorized to unilaterally schedule the 2004 Examination.  Even if the Trustee schedules the 2004 Examination unilaterally, that does not in any way alter the Debtor's duty to appear at the 2004 Examination and comply with the document production requirements of the 2004 notice.

5.     The Debtor is ordered to comply with the Trustee's *duces tecum* request in the Trustee's Notice of Taking Rule 2004 Examination.  The Debtor is ordered to bring all requested copies of all responsive documents in the Debtor's control or possession (or documents which the Debtor can obtain with reasonable effort, for example by going to the bank and requesting copies of bank statements or going to the Debtor's tax preparer and requesting copies of tax returns) to the 2004 Examination.

**6.**     If the Debtor fails to appear at this Rule 2004 Examination, then Court will consider (by separate Motion and hearing), the imposition of sanctions against the Debtor.  These sanctions could include, but are not limited to, finding the Debtor to be in contempt of court, the imposition of monetary sanctions or fines against the Debtor, denial of the Debtor's discharge pursuant to 11 U.S.C. §727(a)(6)(A), or any other sanction imposed at the discretion of the Court.  **While these sanctions are not being imposed at this time, the Debtor should be on unequivocal notice of what the penalties may be if she ignores her duties to appear and testify at the 2004 Examination and comply with the terms of this Order.**

### ###

Submitted by

ROBERT A. ANGUEIRA, P.A.
6495 SW 24 Street
Miami, FL 33155
Tel. 305-263-3328
Fax 305-263-6335
e-mail   yanay@rabankruptcy.com

Copies furnished to:
Yanay Galban, Esq.

*(Attorney Yanay Galban is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*